March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LETICIA B. LOYA, Appellant

NO. 14-12-00385-CV                          V.

MIGUEL  ANGEL  LOYA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Miguel Angel  Loya, signed April 16, 2012, was heard on the transcript of the record. We have inspected the record and find that the trial court abused its discretion when it imposed sanctions against Leticia B. Loya when no evidence of sanctionable conduct was presented. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Miguel Angel Loya's Motion in Opposition, To Strike, and Motion for Sanctions be denied.

We further order that all costs incurred by reason of this appeal be paid by appellee, Miguel  Angel  Loya.

We further order this decision certified below for observance.